UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> SHANE ALLEN EDGERLY | No. 2:18-MJ-138 |

<u>MOTION OF THE UNITED STATES FOR DETENTION</u>

The United States of America, by and through its attorney, Christina E. Nolan, United States Attorney for the District of Vermont, moves for pretrial detention of the defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. *Eligibility for Detention*. The defendant is eligible for detention because the case involves a risk of flight and a danger to the community.

2. *Reason for Detention*. The Criminal Complaint (Doc # 1) charges the defendant with possession of child pornography. The supporting affidavit alleges possession of multiple illicit images, also indicating that the defendant was using multiple email addresses to access the internet and obtain such images. Mr. Edgerly is a registered sex offender with multiple prior State of Vermont sex offense convictions. Moreover, he has a pending sex offense charge in the State, and has been convicted of a State failure to register as a sex offender offense. The defendant's persistence in accessing the internet to obtain and possess child pornography with this history is very concerning.

1

3. This Court's Pretrial Services personnel have indicated that they need more time to obtain State court records generated in connection with Edgerly's prior history before making a final determination as to detention.

4. In order to allow Pretrial Services additional time to research the defendant's substantial history in the State court system, the government respectfully requests that the Court continue the time for a bail hearing until next week, and that the defendant be temporarily detained until such hearing.

    Dated at Burlington, in the District of Vermont, October 4, 2018.

Respectfully submitted,

UNITED STATES OF AMERICA

CHRISTINA E. NOLAN
United States Attorney

By:    */s/ WILLIAM B. DARROW*
      WILLIAM B. DARROW
      Assistant U.S. Attorney
      P.O. Box 570
      Burlington, VT 05402-0570
      (802) 951-6725

CERTIFICATE OF SERVICE

I, Katherine Whalen, Paralegal Specialist, do hereby certify that on October 4, 2018, I filed the MOTION FOR DETENTION with the Clerk of the Court using the CM/ECF system. A copy of this filing will be hand-delivered to counsel at the defendant's initial appearance.

Dated at Burlington, Vermont this 4th day of October, 2018.

By: */s/ Katherine Whalen*
Katherine Whalen
Paralegal Specialist
U.S. Attorney's Office
P.O. Box 570
Burlington, VT 05402
(802) 951-6725
Katherine.Whalen@usdoj.gov