UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 OCT 18 PM 2:39

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 5:18-CR-124 |
| ) | |
| SHANE ALLEN EDGERLY ) | |

### INDICTMENT

The Grand Jury charges:

On or about October 4, 2018, in the District of Vermont, the defendant, SHANE ALLEN EDGERLY, knowingly possessed at least one matter containing a visual depiction, which was transported using a facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

(18 U.S.C. § 2252(a)(4)(B))

A TRUE BILL

███████████

FOREPERSON

C E M/n (WBD)
CHRISTINA E. NOLAN
United States Attorney

October 18, 2018
Burlington, Vermont