U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 OCT 22 PM 4: 15

CLERK

BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Criminal No. ~~18-cr-124~~
) 5:18-cr-124-1
SHANE ALLEN EDGERLY )
Defendants )

## **ORDER**

This matter having been presented to the Court by the United States of America, and the Court having considered said motion and with good cause shown, it is hereby ORDERED, that the docket sheet, the Applications and Affidavits, the Search Warrants, the Seizure Warrants, the Motions to Seal, and the Sealing Orders for all search and seizure warrants on the docket in the above case and docketed at magistrate case number 18-mj-85, be unsealed.

Dated at Burlington, in the District of Vermont, this 2nd day of October, 2018.

GEOFFREY W. CRAWFORD
UNITED STATES DISTRICT JUDGE